O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL T. DORSZ, | ) | CASE NO. CV 12-09438 RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: August 19, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE